# Exhibit 1



| | |
|---|---|
| **Reg. No. 4,747,510** | ORALDENT LTD (UNITED KINGDOM LIMITED LIABILITY COMPANY) |
| **Registered June 2, 2015** | UNIT 11 HARVARD INDUSTRIAL ESTATE KIMBOLTON, CAMBS, UNITED KINGDOM PE280NJ |
| **Int. Cl.: 10** | FOR: DENTAL INSTRUMENTS FOR USE IN ORAL IRRIGATION; DENTAL INSTRUMENTS, NAMELY, ORAL IRRIGATORS; IRRIGATORS FOR MEDICAL USE; SPRAYERS FOR CLEANING GUMS AND TEETH USED IN DENTISTS' OFFICES DURING DENTAL PROCEDURES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 0-0-2009; IN COMMERCE 0-0-2010. |

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FLOSS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A DARK VERTICAL BOX FEATURING ONE ARC CURVING TO THE RIGHT AND ANOTHER ARC CURVING TO THE LEFT WITH THE ENDS OF THE ARCS CURVING NEAR EACH OTHER IN THE CENTER. TO THE RIGHT OF THE BOX ARE THE WORDS "POWER FLOSS" ONE ABOVE THE OTHER.

SER. NO. 86-418,916, FILED 10-9-2014.

TASNEEM HUSSAIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office