# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Oraldent Ltd.

                              Plaintiff,

v.                                                 Case No.: 1:20−cv−00304

                                               Honorable Gary Feinerman

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 3/4/2020 at 9:00 a.m. Motion hearing held. Motion for preliminary injunction [35] is entered and continued. The TRO [34] is temporarily converted to a preliminary injunction for the purpose of giving the court the opportunity to consider the motion for preliminary injunction [35], on which the briefing closed yesterday [40]. See H−D Mich., LLC v. Hellenic Duty Free Shops, 694 F.3d 827, 843–46 (7th Cir. 2012).Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.