IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ORALDENT LTD.,

Plaintiff,                              Civil Action No.: 1:20-cv-00304

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 101 | Jackie-jia |
| 104 | belang9239 |
| 30 | Odeum Electric Trade Ltd. |
| 87 | Hai_Tian |
| 138 | HE's shop |
| 170 | HengTao |
| 132 | Lianda |
| 190 | yangm89 |
| 50 | HiTomJerry |
| 408 | Parklondon |
| 400 | Shanghai2008 |
| 401 | Shanghai2010 |
| 410 | Skoqi |
| 411 | Niubility |
| 414 | Kyne |
| 419 | Guangzhou18 |
| 421 | Spinnertoys |
| 76 | Science and technology in the hands of the world |
| 415 | Glass_smoke |

DATED: May 8, 2020                          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 8, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt