**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ORALDENT LTD.,

Plaintiff,                                                     Civil Action No.: 1:20-cv-00304

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 45 | Life_Care |
| 111 | Difunytech |
| 133 | goldcambridge |
| 153 | thiree |
| 213 | chengaoqiang |
| 232 | Better Life_Mall |
| 135 | firm |
| 151 | Fashion bloggers |
| 27 | w_cute |
| 88 | weshamazoon |
| 100 | ilovesister |
| 102 | motorfansclub |
| 117 | yourswatch |

| 125 | megaoffers |
|-----|------------|
| 158 | lilangda |
| 143 | Fyling you heart |

DATED:  June 6, 2020                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

<u>**CERTIFICATE OF SERVICE**</u>

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 6, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                       */s/ Keith A. Vogt*
                                       Keith A. Vogt