IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORALDENT LTD., | |
| Plaintiff, | Civil Action No.: 1:20-cv-00304 |
| v. | Judge John F. Kness |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 53 | protea |
| 89 | B&J's shop |
| 289 | areesoo |
| 290 | beanhold8 |
| 304 | enerang |
| 305 | enimae1 |
| 307 | etnortoner |
| 309 | farclear8 |
| 323 | honsh_7 |
| 326 | igeeda |
| 346 | moosado |
| 355 | papaling88-0 |
| 357 | pros840fan |

| | |
|---|---|
| 362 | seveppap99 |
| 366 | smile_cc |
| 384 | windkiter |
| 387 | xiaomengli2-9 |
| 524 | Personal Care Appliances Store |
| 576 | Ningbo E-Fitness Industry & Trade Co., Ltd. |

DATED:  September 14, 2020         Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 14, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                  */s/ Keith A. Vogt*
                  Keith A. Vogt